UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (504) 458-1671 THAT IS STORED AT PREMISES CONTROLLED BY AT&T MOBILITY, 11760, US HIGHWAY 1, NORTH PALM BEACH, FLORIDA | * * * * * * * * * | MISC. NO. 19-MC-12592 |

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that the Clerk of Court, Eastern District of Louisiana, **UNSEAL** the Search Warrant Application, Affidavit, Attachments, and Search Warrant in the above-captioned matter.

New Orleans, Louisiana, this 1st day of November, 2019.

_____
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE